Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff MARY NAJAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NAJAR,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner of Social Security,<br><br>    Defendant | CASE NO. 2:20-cv-5440-JLS-PLA<br><br>ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter,

/
/
/
/
/
/

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

it is hereby **ORDERED** that Plaintiff is awarded attorney fees in the total amount of $7,000 as authorized by 28 U.S.C. § 2412.

IT IS SO RECOMMENDED

Dated:  1/21/2022

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

Dated:  3/16/22

JOSEPHINE L. STATON

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE